Dismissed and Memorandum Opinion filed January 20, 2005









Dismissed and Memorandum Opinion filed January 20,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01182-CV

____________

 

JEFFREY RANDAL
HAGERLIN, Appellant

 

V.

 

REAGAN DENMON
HAGERLIN, Appellee

 



 

On Appeal from the
246th District Court

 Harris County, Texas

Trial Court Cause
No. 03‑44275 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 8, 2004.

On January 7, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 20, 2005.

Panel consists of Justices Yates,
Edelman, and Guzman.